JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES ROGERS SMITH,      ) Case No. CV 13-2444-VAP (SP)
            Petitioner,  )
                    )
         v.             ) **JUDGMENT**
                    )
DOMINGO URIBE, JR.,      )
Warden,                 )
            Respondent.  )
_____

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 22, 2016_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE